United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Yadira Torres, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3321 |
| | § | |
| George L. Wilson, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO STAY AND EXTEND ANSWER DEADLINE

Before the Court is the Parties' Joint Motion to Stay and Extend Answer Deadline. Doc. 13. The Motion is GRANTED.

This action is stayed in its entirety pending a decision on the Motion to Dismiss filed in the action captioned *In re Quanex Building Products Corporation Securities Litigation*, Case No. 4:25-cv-04453 (S.D. Tex.), Doc. 33. The deadline for Defendants to answer, move against, or otherwise respond to Plaintiff's Verified Shareholder Derivative Complaint shall be extended to thirty (30) days after a decision on the Motion to Dismiss is entered with prejudice, and all appeals related to the Motion to Dismiss are exhausted.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 20th of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge